44

BOARD OF EDUCATION OF THE WOODSTOWN–PILESGROVE
REGIONAL SCHOOL DISTRICT v. WOODSTOWN–PILESGROVE
REGIONAL EDUCATION ASSOCIATION.

March 13, 1979.  Petition for certification granted.  (See 164
*N.J.Super.* 106)

STATE OF NEW JERSEY v. JAMES E. HILL.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT J. THOMPSON.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES GLENN &
DARYL STRANGE.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE J. SCHONWALD.

March 13, 1979.  Petition for certification denied.

STERLING–HELM CORP.

v.

AMERICAN NATIONAL BANK & TRUST OF NEW JERSEY.

March 13, 1979.  Petition for certification denied.